IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| vs. | * CRIMINAL NO. 21-00030-TFM |
| JOHN ASHLEY JONES, JR., | * |
| Defendant, | * |

## ORDER ON PRETRIAL CONFERENCE
## AND MOTION TO CONTINUE

For the reasons set out more fully on the record at the pretrial conference on April 13, 2021, the undersigned finds that the ends of justice served by continuing this action for 30 days to the June 2021 criminal term outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(i). The continuance is warranted to enable counsel to engage in thorough review and analysis of the case materials, to develop essential defense strategies and otherwise provide effective representation of the Defendant. 18 U.S.C. § 3161(h)(7)(A). The Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B) and concludes that the continuance is warranted.

Under these circumstances, and after due consideration, the Court **GRANTS** the unopposed, corrected Motion to Continue. (Doc. 15). This case is hereby CONTINUED to the June 2021 criminal term. For purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18

U.S.C. § 3161(h)(7)(A). Defendant should file an appropriate Speedy Trial waiver by April 23, 2021.

The Clerk should set this case for a pretrial conference before Magistrate Judge Katherine Nelson by phone on May 11, 2021 at 9 am.

ORDERED this 15th day of April, 2021.

s/P. BRADLEY MURRAY
**UNITED STATES MAGISTRATE JUDGE**